COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Wilkes Laird          DOC No. 96019
AVC - Cajun 2 D2
1630 Prison Rd
Cottonport LA 71327

**REHEARING ACTION: September 3, 2014**

**Docket Number: 14   00229-KH**

**STATE OF LOUISIANA**
**VERSUS**
**WILKES LAIRD**

**Writ Application from Allen Parish Case No. 07-1530**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. James T. Genovese
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilkes Laird** has this day been

**DENIED.**

cc: Herbert Todd Nesom, Counsel for  the Respondent